IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HERBERT HASBELL, #880035, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action No. 3:06-CV-0829-M |
| v. | § | |
| | § | |
| DOUGLAS DREKTE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Correctional Institution Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On June 1, 2006, United States Magistrate Judge Wm. F. Sanderson, Jr. made Findings, Conclusions and a Recommendation. No objections were filed. The Court thus reviews the Findings, Conclusions and Recommendation for plain error. Finding no plain error, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Findings, Conclusions and Recommendation of the United States Magistrate Judge are accepted.

SIGNED this 11 day of July, 2006.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1